

*Armor Correctional Health Services
of New York, Inc. 4960 SW 72 AVENUE
SUITE 400
Miami, FL 33155   USA
305-662-8522 X328
305-662-2275 Fax*

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/2/2015 | 0000000200-IN |

**Bill To:**
Linda Bednor
Nassau County Correctional Center
100 Carman Avenue
East Meadow, NY 11554   USA

| Customer P.O. | Net 60 Days |
|---------------|-------------|
|  | May 01, 2015 |

| Service Date | Description | Amount |
|--------------|-------------|--------|
| 04/01/2015-04/30/2015 | MEDICAL HEALTH SERVICES | 917,426.68 |
|  | **Total** | 917,426.68 |

Make all checks payable to:
Armor Correctional Health Services, Inc.
4960 SW 72nd Ave. Suite 400
Miami, FL 33155

EXEMPT FROM PUBLIC DISCLOSURE PURSUANT TO P.O.L. SEC. 87(2)                ARMOR 018412