GIANFORTUNE & MIONIS
ATTORNEYS AT LAW PC

JOHN P. GIANFORTUNE, ESQ.
jpg@gianfortunemionis.com

GARY M. MIONIS, ESQ.
gmm@gianfortunemionis.com

231 Mineola Boulevard • Mineola, New York 11501
Telephone (516) 281-8550 • Fax (516) 740-2877
www.GianfortuneMionis.com

Suffolk Office
330 Motor Parkway, Suite 300
Hauppauge, New York 11788
Telephone (631) 231-6202
*(by appointment only)*

*Via eFile*

September 4, 2026

The Hon. Arlene R. Lindsay, U.S.M.J.
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Casiano v County of Nassau**
**Index No: 16-cv-01194-GRB-ARL**
**Our File No.: 3681**

Dear Magistrate Judge Lindsay;

I write to respectfully advise the Court of a significant development in the above-captioned matter and to request an extension of the remaining case-management deadlines.

Following mediation before the Hon. Steven M. Gold (Ret.), the parties reached a proposed global settlement of both this federal action and the related Court of Claims action, *Casiano v. State of New York*, Claim No. 127636. Judge Gold thereafter circulated correspondence congratulating the parties on the proposed resolution and noting that the matter now awaits completion of the governmental approval process.

As presently structured, the proposed settlement includes contributions of $1,000,000 from Armor's insurer, $600,000 from the State of New York, and $1,100,000 from Nassau County. The State has advised that its contribution has been approved. Nassau County has likewise approved the proposed contribution through the County Executive and has advised that the next step is presentation to the Nassau County Legislature, which counsel anticipates may occur during its October session, although no firm date can presently be guaranteed. County counsel has represented that the legislative process may require an additional two to three months.

In addition, before Plaintiff may execute final settlement documents, Plaintiff must obtain approval from the Nassau County Surrogate's Court pursuant to the Limited Letters of Administration previously issued in connection with the Estate. My office is presently preparing the necessary Surrogate's Court application so that approval may be sought contemporaneously with the completion of the governmental approval process.

Accordingly, the parties respectfully request that all deadlines, including the deadlines relating to dispositive motions, the submission of the Joint Proposed Pretrial Order, and the Final Pretrial Conference, be adjourned past December pending completion of the approval process and implementation of the settlement.

The Court should also be aware that earlier in the litigation the action was discontinued only as against Defendant Dr. John P. May. The action remains pending as against all remaining defendants. It appears that there may be some confusion stemming from the federal docket, which presently reflects that the matter is "closed." Because settlement approvals remain outstanding and claims remain pending against the remaining defendants, the case has not yet been fully resolved and dismissal documents have not been executed. Plaintiff therefore respectfully requests that the docket be corrected if necessary to reflect the current posture of the litigation.

Plaintiff appreciates the Court's continued attention to this matter and respectfully requests an extension of the remaining deadlines while the parties complete the settlement approval process.

Thank you for the Court's consideration.

Very truly yours,

**GIANFORTUNE & MIONIS, P.C.**

John P. Gianfortune

JPG/
cc: *Via eFile*

Sheharyar Ali, Esq.
SHEHARYAR ALI LAW GROUP, P.C.
*Attorney For: County of Nassau, Nassau County Correctional Center, and Michael Sposato*
877 N. Corona Avenue
Valley Stream, NY 11580
Phone: (516) 734-1354
Email Address: ali@salawpc.com

Patrick Healey, Esq.
REBAR KELLY
*Attorney For: Armor Correctional Health Services, Inc., Armor Correctional Health Services of New York, Inc., Carl-Henri Sanchez, Michael Parrinello, Michael Francis, Ahsan Habib, Dorothy Mazyck, Andrea Janusz, Jelyn Williams, Denise Brady and*

*Susan Jacob*
256 West 36th Street, Suite 900
New York, NY 10018
Phone: (212) 858-9970
Fax: (212) 858-9971
Email Address: phealey@rebarkelly.com

Gregg D. Weinstock, Esq.
VIGORITO, BARKER, PATTERSON, NICHOLS & PORTER, LLP
*Attorney For: John P. May*
300 Garden City Plaza, Suite 308
Garden City, NY 11530
Phone: (516) 926-3396
Fax: (516) 908-4960
Email Address: g.weinstock@vbpnplaw.com

Alexander V. Sansone, Esq.
LAW OFFICE OF EDWARD J. TROY
*Attorney For: Nassau University Medical Center, Prachi Anand, and Sabatino Ienopoli*
245 Hillside Avenue
Williston Park, NY 11596
Phone: (516) 742-7200
Fax: (516) 742-4080
Email Address: asan541459@msn.com

Toni Logue, Esq.
NEW YORK STATE ATTORNEY GENERAL'S OFFICE
*Attorney For: Cherif Makram, Jordan Laguio, Doreen Mary Smith, and Jon Miller*
200 Old Country Road, Suite 240
Mineola, NY 11501-4239
Phone: (516) 248-3302
Fax: (516) 747-6432
Email Address: toni.logue@ag.ny.gov